IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA    )

            )

        Plaintiff,    )    CR NO. 10-2626 WPJ

            )

    vs.    )

            )

PEDRO LEONARDO MASCHERONI,    )

also known as "Luke," and    )

MARJORIE ROXBY MASCHERONI,    )

            )

        Defendants.    )

<u>ORDER</u>

This matter comes before the Court on the United States' unopposed motion to allow the United States to provide certain paragraphs of Defendant Pedro Leonardo Mascheroni's PSR to DOE so that DOE may use those paragraphs to provide context in making classification determinations of some of the materials provided to it in anticipation of sentencing.  The Court finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED THAT the United States is to provide a copy of paragraphs 20 through 61 of Defendant Mascheroni's PSR to DOE for DOE's use in conducting classification reviews of materials submitted to it in this case.

_____

UNITED STATES DISTRICT JUDGE